AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Otto Coleman | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:15-CV-26 |
| Warden, Warren Correctional Institution | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Petition for a Writ of Habeas Corpus is dismissed with prejudice. Further, Coleman is denied a certificate of appealability and any appeal of this matter would be objectively frivolous. The captioned cause is hereby ordered terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Report and Recommendations.

Date: 4/9/15

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk